UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MILLENNIUM TGA, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **JOHN DOE,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Misc. No. 12-0150 (ESH) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Pursuant to Local Civil Rules 72.1(b)(7) and 72.2(a), it is hereby

**ORDERED** that this matter is referred to a United States Magistrate Judge for determination.  On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of the assigned Magistrate Judge following the case number in the caption.

                                       /s/
                         ELLEN SEGAL HUVELLE
                         United States District Judge

Date:   March 8, 2012