# EXHIBIT A

*Millennium TGA v. Does 1-939*,
No. 1:11-cv-02176-RLW (D.D.C.)
Pacer Docket Sheet

CLOSED, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:11-cv-02176-RLW

MILLENNIUM TGA INC. v. DOES  
Assigned to: Judge Robert L. Wilkins  
Cause: 17:101 Copyright Infringement

Date Filed: 12/07/2011  
Date Terminated: 12/19/2011  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**MILLENNIUM TGA INC.**     represented by **Paul A. Duffy**  
PRENDA LAW INC.  
161 N. Clark Street  
Suite 3200  
Chicago, IL 60601  
(312) 880-9160  
Fax: (312) 893-5677  
Email: paduffy@wefightpiracy.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DOES**  
*1 - 939*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2011 | 1 | COMPLAINT against DOES ( Filing fee $ 350, receipt number 4616044436) filed by MILLENNIUM TGA INC.. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 12/13/2011) |
| 12/07/2011 | | SUMMONS Not Issued as to DOES 1-939 (jf, ) (Entered: 12/13/2011) |
| 12/07/2011 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests NONE by MILLENNIUM TGA INC. (jf, ) (Entered: 12/13/2011) |
| 12/16/2011 | 3 | NOTICE of Voluntary Dismissal by All Plaintiffs (Duffy, Paul) (Entered: 12/16/2011) |