**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILLENNIUM TGA, INC., ) | |
| ) | Case No.: 1:12-mc-00150-ESH-AK |
| Plaintiff, ) | |
| ) | Judge : Hon. Ellen S. Huvelle |
| v. ) | |
| ) | Magistrate Judge: Hon. Alan Kay |
| ) | |
| JOHN DOE, ) | [Case pending in the U.S. District Court |
| ) | for the Southern District of Texas, |
| Defendant. ) | No. 4:11-cv-4501] |
| ) | |

## MOTION FOR PRO HAC VICE ADMISSION OF JOHN L. STEELE

I, Paul A. Duffy, hereby move pursuant to Local Civil Rule 83.2(d) for the *pro hac vice* admission of John L. Steele to the bar of this Court to act as co-counsel in this action. Mr. Steele is of counsel with the firm of Prenda Law, Inc., and is a member in good standing of the bar of the State of Illinois and the U.S. District Court for the Northern District of Illinois. On the basis of the foregoing, it is respectfully requested that this Court admit Mr. Steele *pro hac vice* for the purpose of appearing and participating as co-counsel on behalf of Plaintiff, Millennium TGA, Inc., in this action.

Dated: April 16, 2012                                         Respectfully submitted,

                                                              By:    /s/ Paul A. Duffy
                                                              
                                                              Paul A. Duffy (D.C. Bar # IL0014 )
                                                              Prenda Law Inc.
                                                              161 N. Clark Street, Suite3200
                                                              Chicago, IL  60601
                                                              Telephone: (312) 880-9160
                                                              Facsimile:   (312) 893-5677
                                                              Attorneys for Plaintiff,
                                                              Millennium TGA, Inc.

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on April 16, 2012, I caused a true and correct copy of the foregoing Motion For Pro Hac Vice Admission to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: April 16, 2012

                                              /s/   *Paul A. Duffy*
                                              Paul A. Duffy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILLENNIUM TGA, INC., ) | |
|  ) | Case No.: 1:12-mc-00150-ESH-AK |
| Plaintiff, ) | |
|  ) | Judge : Hon. Ellen S. Huvelle |
| v. ) | |
|  ) | Magistrate Judge: Hon. Alan Kay |
|  ) | |
| JOHN DOE, ) | [Case pending in the U.S. District Court |
|  ) | for the Southern District of Texas, |
| Defendant. ) | No. 4:11-cv-4501] |
| _____ ) | |

**DECLARATION OF JOHN L. STEELE**

I, John Steele, declare pursuant to 28 U.S.C. § 1746 and Local Civil Rule 83.2(d):

1. I am of counsel with the law firm of Prenda Law, Inc., counsel for Plaintiff, Millennium TGA, Inc.  I submit this declaration in support of Paul A. Duffy's Motion pursuant to Local Civil Rule 83.2(d) for the *pro hac vice* admission of John Steele to the bar of this Court.

2. My full name is John L. Steele.

3. My office address is 161 N. Clark Street, Suite 3200, Chicago, Illinois 60601.  My office telephone number is (312) 880-9160.

4. I have also been admitted to practice before, and am a member in good standing of, the bars of the United States Court District Court for the Northern District of Illinois, and the State of Illinois.

5. I have not been disciplined by any bar.

6. I have not been admitted *pro hac vice* to this Court in the previous two years.

7. I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:      April 16, 2012

/s/ *John Steele*

John Steele
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677

E-

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILLENNIUM TGA, INC., ) | |
| ) | Case No.: 1:12-mc-00150-ESH-AK |
| Plaintiff, ) | |
| ) | Judge : Hon. Ellen S. Huvelle |
| v. ) | |
| ) | Magistrate Judge: Hon. Alan Kay |
| ) | |
| JOHN DOE, ) | [Case pending in the U.S. District Court |
| ) | for the Southern District of Texas, |
| Defendant. ) | No. 4:11-cv-4501] |
| _____) | |

### [PROPOSED] ORDER

Upon consideration of the Motion for *Pro Hac Vice* Admission of John L. Steele, it is hereby

ORDERED that John L. Steele be specially admitted to appear and participate in the above-captioned matter as counsel for Millennium TGA, Inc.


Dated: April 16, 2012

                                          Hon. Alan Kay
                                          United States District Court
                                          Magistrate Judge