## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLENNIUM TGA, INC., ) | |
| ) | Case No.: 1:12-mc-00150-ESH-AK |
| Plaintiff, ) | |
| ) | Judge : Hon. Ellen S. Huvelle |
| v. ) | |
| ) | Magistrate Judge: Hon. Alan Kay |
| ) | |
| JOHN DOE, ) | [Case pending in the U.S. District Court |
| ) | for the Southern District of Texas, |
| Defendant. ) | No. 4:11-cv-4501] |
| _____ ) | |

### PLAINTIFF'S RESPONSE TO COMCAST CABLE COMMUNICATIONS, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY

Comcast Cable Communications, LLC ("Comcast") filed a notice of supplemental authority with the Court. (ECF No. 13.) Comcast cites to, and attaches, four different court orders. (*Id.*) The four attached orders are not informative with respect to the issues pending before this Court.

Comcast's citation to *Pacific Century Int'l, LTD. v. John Does 1-37, et al.*, No. 12-1057 (N.D. Ill. March 30, 2012) is not informative because the court's order was not a final decision and, as Comcast notes, is currently being reconsidered by the court. (ECF No. 13 at 1.) Comcast only attached the court's original order and failed to provide the Court with the Rule 59(e) Motion to Amend or Alter Judgment. Plaintiff has attached the omitted motion hereto as Exhibit A. This Court should place very limited reliance on a decision that is subject to being reconsidered.

Comcast's citations to three unrelated cases[1] are also not informative because they involve different parties, different pleadings, different jurisdictions and different counsel for the plaintiffs. For example, all of the cited cases involve multiple Doe Defendants. In the case underlying this action there is only a single Doe defendant. A single individual, of course, cannot be misjoined with himself. Comcast's focus on severance decisions is misdirected in this instance.

Respectfully submitted,

MILLENNIUM TGA, INC.

**DATED**: April 17, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq. (D.C. Bar Number: IL0014)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*

---

[1] *Patrick Collins, Inc. v. John Does 1-23*, Case No. 11-cv-15231 (E.D. Mich. Mar. 26, 2012); *Cinetel Films, Inc. et al. v. Does 1-1,052*, Civil No. JFM 8:11-cv-02438 (D. Md. Apr. 4, 2012); *K-Beech, Inc. v. John Does 1-41*, Civil Action No. V-11-46 (S.D. Tex. Mar 8, 2012).

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 17, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                        /s/ Paul A. Duffy
                                                        PAUL A. DUFFY