**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILLENNIUM TGA, INC.,<br><br>  *Plaintiff*,<br>v.<br><br>JOHN DOE,<br><br>  *Defendant.* | No. 1:12-mc-00150-ESH-AK |

**NON-PARTY COMCAST CABLE COMMUNICATIONS, LLC'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH MAGISTRATE JUDGE'S APRIL 18, 2012 ORDER CURRENTLY UNDER REVIEW**

Non-Party Comcast Cable Communications, LLC ("Comcast") respectfully requests an extension of time of seven (7) days after the Court completes its review (Dkt. 16) of Magistrate Judge Kay's Court's April 18, 2012 Order ("April 18 Order") (Dkt. 15) to disclose information required by the April 18 Order, if that Order is affirmed. In support thereof Comcast states as follows:

  1. On April 18, 2012, Magistrate Judge Kay issued an order granting in part and denying in part Plaintiff Millennium TGA, Inc.'s ("Millennium's) motion to compel compliance with subpoena (Dkt. 1). Comcast had objected to the subpoena and filed an Opposition to Plaintiff's Motion to Compel (Dkt 7). Comcast also filed a Notice of Related Case and Request for Reassignment (Dkt 8), which was neither addressed nor resolved in the April 18 Order.

  2. Pursuant to the April 18 Order under review, Comcast is required to disclose to Plaintiff on or before June 17, 2012 certain specified information regarding over 300 of its Internet services subscribers. On May 2, 2012, Comcast timely filed Objections to the April 18 Order ("Objections") (Dkt. 16) pursuant to 28 U.S.C. § 636. Plaintiff filed its Response to

Comcast's Objections on May 17, 2012 (Dkt. 17) ("Response"). Comcast filed its Reply in support of its Objections on May 24, 2012.

3. Comcast has given notice to the affected subscribers. However, in order to preserve the confidentiality of the subscribers' identities while review of the April 18 Order is pending, out of an abundance of caution, Comcast respectfully requests that the date for any disclosure of information required by the April 18 Order be extended until seven (7) days after the Court has resolved Comcast's Objections, if that date is later than June 10, 2012. This will allow for the Court to consider the matter without the possibility of a required disclosure that would moot Comcast's Objections.

4. Pursuant to Local Rule 7(m), Comcast conferred with counsel for Plaintiff Millennium TGA, provided him a copy of this motion, and counsel indicated he opposed the grant of relief sought in this motion.

WHEREFORE, for the foregoing reasons, Comcast respectfully requests that this Court grant Comcast an extension of time of seven (7) days after the Court's resolution of Comcast's Objections to comply with any disclosures required by the April 18 Order currently under review if such review is not completed before June 10, 2012.

Dated: May 24, 2012

Respectfully submitted,

/s/ *John D. Seiver*
John D. Seiver
Leslie G. Moylan
Lisa B. Zycherman
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
(202) 973-4200

*Counsel for Non-Party Comcast Cable Communications Management, LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May 2012, true and correct copies of the foregoing document was served via ECF and U.S. Mail upon all counsel of record:

Paul A. Duffy
John L. Steele (*pro hac vice*)
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601
(312) 880-9160
Fax: (312) 893-5677
Email: paduffy@wefightpiracy.com

/s/ *John D. Seiver*
John D. Seiver