# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MILLENIUM TGA, INC.

        Plaintiff               Miscellaneous No.   12-150  (RLW)

vs.

JOHN DOE                         Category   O

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 29, 2012 from Judge Ellen S. Huvelle to Judge Robert L. Wilkins by direction of the Calendar Committee.

(Case Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:   Judge Ellen Segal Huvelle   &amp; Courtroom Deputy

       Judge Robert L. Wilkins   &amp; Courtroom Deputy

       Liaison, Calendar and Case Management Committee