IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILLENNIUM TGA, INC.,

    *Plaintiff*,

v.

JOHN DOE,

    *Defendant*

No. 1:12-mc-00150-TNY-AK

**''''''''''''ORDER**

Having reviewed Non-Party Comcast Communications, LLC's ("Comcast's") request for an extension of time of seven (7) days after the Court's resolution of Comcast's Objections to Magistrate Judge's April 18, 2012 Order (Dkt. 15) for compliance with any disclosures required by April 18 Order, any opposition, and all matters in the record, it is hereby

**ORDERED** that Non-Party Comcast shall have up to and including seven (7) days after this Court resolves Comcast's Objections to the Magistrate Judge's April 18, 2012 Order to comply with any disclosures that may be required by the April 18 Order or any modification thereto by the Court in resolving Comcast's Objections, if such date occurs on or after June 10, 2012.

**SO ORDERED**, this 35ýj "day of Lѵpg, 2012

                                                              _____
                                                              Robert L. Wilkins
                                                              United States District Judge