# EXHIBIT A

**Seiver, John** JohnSeiver@dv    Jun 13 (1 day ago)

to me, John

Paul and John,

I called Judge Wilkins' chambers today to ask about the status of Comcast's Objections and motion for extension. They did not give me any information and they also asked me to inform you that I called chambers to inquire about status.

John

**John Seiver** | Davis Wright Tremaine LLP

1919 Pennsylvania Avenue NW, Suite 800 | Washington, DC 20006-3401

Tel: (202) 973-4212 | Fax: (202) 973-4412 | Mobile: (202) 256-1760

Email: johnseiver@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

Please consider the environment before printing this email.