# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Millennium TGA, Inc.,**<br><br>　　　　　　**Petitioner,**<br><br>　　　v.<br><br>**Comcast Cable Communications LLC,**<br><br>　　　　　　**Respondent.** | Misc. Action No. 12-mc-00150 (RLW)<br><br>Underlying civil action pending in the U.S. District Court for the Southern District of Texas, No. 4:11-cv-4501 |

## ORDER

Upon consideration of Non-Party Comcast Cable Communications, LLC's Objections to Magistrate Judge's Ruling (Docket No. 16), and responses thereto, it is hereby

ORDERED that Magistrate Judge Alan Kay's Memorandum Order (Docket No. 15) is VACATED; it is further

ORDERED that Plaintiff Millennium TGA, Inc.'s ("Millennium") Motion to Compel Compliance with Subpoena (Docket No. 1) is DENIED; it is further

ORDERED that within thirty (30) days from the date of this Order, Comcast Cable Communications LLC ("Comcast") shall provide to Plaintiff the city and state of residence for the subscriber associated with each of the 351 IP addresses sought by the subpoena; and it is further

ORDERED that Comcast shall preserve any data related to the 351 IP addresses for a period of at least 180 days from the date of this Order.

**SO ORDERED.**
Date: June 25, 2012

ROBERT L. WILKINS
United States District Judge