UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLENNIUM TGA, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | ) <br> ) <br> ) CIVIL ACTION NO.<br> ) 1:12-mc-00150<br> ) <br> ) PROPOSED ORDER<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PROPOSED ORDER

Upon consideration of the motion for leave to proceed anonymously filed by the alleged anonymous co-conspirator identified by Plaintiff at IP address 67.116.119.129 on 11/05/2011 12:03:15 GMT, and any opposition thereto, it is hereby ORDERED THAT: Plaintiff's April 26, 2012 subpoena issued to Comcast seeking information related to the anonymous co-conspirator identified by Plaintiff at IP address 67.116.119.129 on 11/05/2011 12:03:15 GMT is hereby QUASHED and the Order from April 18, 2012 requiring Comcast to turn over personally identifying information of alleged co-conspirators in this lawsuit by Magistrate Judge Kay is hereby VACATED.

DATED: ____ day of _____, 201__

By: _____
U.S. District Court Judge