**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Millennium TGA, Inc.,**  Petitioner,  v.  **Comcast Cable Communications LLC,**  Respondent. | Misc. Action No. 12-mc-00150 (RLW)  Underlying civil action pending in the U.S. District Court for the Southern District of Texas, No. 4:11-cv-4501 |

## ORDER

In light of the Court's June 25, 2012 Memorandum Opinion and Order, the following Motions to Quash or Vacate Subpoena are hereby DENIED as Moot:

Docket Nos. 29, 30, 31, 32, 33, 34, 35, and 36.

To the extent possible, the Clerk of the Court is directed to mail a copy of this Order and the Court's June 25, 2012 Memorandum Opinion and accompanying Order to the parties that have filed the motions referenced above.

**SO ORDERED.**
Date: June 26, 2012

                                           ROBERT L. WILKINS
                                           United States District Judge